UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

2014 FEB -5 PM 2: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cause No.: |
| | § | |
| Plaintiff, | § | **INDICTMENT** SA14CR0 69 0G |
| | § | |
| v. | § | COUNT ONE: 21 U.S.C. §§ 841(a)(1) & |
| | § | (b)(1)(C), 846, Conspiracy to Possess |
| ISRAEL SOTO, (1), | § | with Intent to Distribute |
| CARLOS MORENO, (2), | § | Methamphetamine; |
| | § | COUNT TWO: 21 U.S.C. § 841(a)(1) & |
| Defendants. | § | (b)(1)(C), Possession with Intent to |
| | § | Distribute Methamphetamine |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846]

On or about January 7, 2014, in the Western District of Texas, Defendants,

ISRAEL SOTO, (1),
CARLOS MORENO, (2),

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Methamphetamine, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and 846.

### COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about January 7, 2014, in the Western District of Texas, Defendants,

ISRAEL SOTO, (1),
CARLOS MORENO, (2),

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of

Methamphetamine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

FOREPERSON

ROBERT PITMAN
United States Attorney

By: _____
H. JAY HULINGS
Assistant United States Attorney