# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: SA:14-CR-00069(1,2)-OLG |
| | § | |
| (1) ISRAEL SOTO | § | |
| (2) CARLOS MORENO | § | |

## _ORDER CONTINUING JURY SELECTION_
## _AND TRIAL_

The matters before the court is Defendant's Unopposed Motion for

Continuance filed Monday, March 17, 2014 (dkt. #31), after reviewing the motion

and their being no severance granted in this cause of action, it is the opinion of the

Court that the trial in this case should be and is continued as to both defendants.

The Court further finds that the period between _Tuesday, April 08, 2014_ and

_Monday, June 09, 2014_, is a reasonable period of necessary delay to allow

counsel time for preparation for trial and further finds that such period shall be

excluded from the time within which the defendant must be brought to trial and

that the ends of justice served by taking such action outweighs the best interest of

the public and the defendant in a speedy trial under the Speedy Trial Act pursuant

to Title 18, United States Code, Section 3161(h)(7)(A).

This case shall proceed on the following amended schedules:

Pursuant to Federal Rules of Criminal Procedure 11(e)(5) and the holding of the

Fifth Circuit Court of Appeals in <u>United States of America v. Ellis</u>, 547 F.2d 863 (5th Cir. 1977), the *deadline* for notifying the Court of any *plea bargain* or *plea agreement* entered into by the parties in this cause is *Thursday, May 29, 2014.* The Court will not accept a plea agreement after the aforementioned deadline. Should a plea agreement be reached and filed in this case and absent written objection filed contemporaneously therewith, this case will be referred to a United States Magistrate Judge for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and the imposition of sentence by the United States District Court.

<em><u>PRETRIAL MATTERS</u></em>

Motions in Limine shall be filed on  *Thursday, May 15, 2014.*

Responses to motions in limine shall be filed on *Thursday, May 29, 2014.*

Jury selection and trial are reset for *Monday, June 09, 2014 at 9:30 a.m. in Courtroom Number One, on the First Floor of the, John H.  Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Blvd., San Antonio, Texas.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for the defendant, the United States Attorney, the United States Pretrial Services and the United States Probation Office.  *Counsel for the defendant shall also notify the defendant of this schedule* and advise the defendant that he must be present for all court proceedings unless excused by the

Court.

Signed this 18th day of March, 2014

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE

Harry Jay Hulings for USA
Jack Carter for Israel Soto PS(Craig Pair) PO(Eiby Ortez)
Kevin L. Collins for Carlos Moreno PS(Amanda Ceballos) PO(Rebecca Crow)