# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:14-CR-00069(1)-OLG |
| | § | |
| (1) ISRAEL SOTO | § | |

## ORDER OF REFERRAL

The court having considered the consent by the Defendant, refers this case to the United States Magistrate on duty for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and imposition of sentence by the United States District Court.

IT IS SO ORDERED this 4th day of November, 2014.

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE

Harry Jay Hulings for USA
Jack Carter for Israel Soto PS(Craig Pair) PO(Eiby Ortez)